[Nos. 24285–7–I; 24286–5–I.    Division One.    December 3, 1990.]

*In the Matter of the Dependency of* R.T., ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. APRIL STAPP, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 86–7–01306–5, 86–7–01307–3, John W. Riley, J., entered May 24, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield, J., and Ringold, J. Pro Tem.

[No. 10433–8–III.    Division Three.    December 4, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID L. BUTLER, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 89–1–00162–1, Donald W. Schacht, J., entered November 6, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 10181–9–III.    Division Three.    December 4, 1990.]

GARY PUCKETT, *Appellant,* v. LARRY KINCHELOE, *as Superintendent of the Washington State Penitentiary, Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88–2–00421–9, Yancey Reser, J., entered July 28, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.